[No. 5561–2–III.   Division Three.   May 21, 1985.]

OREGON AUTOMOBILE INSURANCE CO., *Respondent,* v. LANNY R. WILMOTH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01815–6, Bruce P. Hanson, J., entered December 2, 1982. *Affirmed* by unpublished opin-

ion per McInturff, J., concurred in by Green, C.J., and Munson, J.